UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, and APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, the CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK,

Petitioners,

-against-

ZCS INTERNATIONAL LLC,

Respondent.

23 CV 3177

**ORDER AND JUDGMENT**

---

The Petitioners having filed a petition to confirm an arbitration award ("Petition"), and the action having come before the Court, and the Court having considered the same and ordered entry of judgment in favor of Petitioners, now, therefore:

IT IS ORDERED AND ADJUDGED that the Petition is granted, the January 17, 2023 arbitration award ("Award") is confirmed, and judgment is entered in favor of the Petitioners and against Respondent as follows:

1. Confirming the Award in all respects;
2. Ordering the Respondent to make its books and records available to Petitioners within thirty (30) days for purposes of an audit in compliance with the Award;
3. Awarding judgment in favor of the Petitioners and against Respondent in the amount of $2,902 pursuant to the Award;
4. Awarding Petitioners $1,302 in attorneys' fees and $75 in costs arising out of this proceeding; and
5. Awarding Petitioners post-judgment interest at the statutory rate.

Dated: New York, New York
       June 23, 2023

By: /s/ Paul Crotty
    U.S.D.J.